Form To Be Used By Prisoners In Filing An Action Under
28 USC §1331 or 1346

"Hybrid Action" Bivens & Tort claim
In The United States Court
For The Southern District Of West Virginia
Beckley Division

JUL 21

Lonnie C. Thompson Jr.

- V -

Region Director: Mrs. K.M. White; Warden: Tracy Williamson;
Asst Warden: Mr. Russell; Assoc Warden: Sue Embers; Captain:
W.F. Hutchinson; Drug Program Coordinator: Michael G. Murray;
Chaplains: Bill Lang and Bland; Health Service Administrator:
Kirkland; Unit Manager: Sandra Barrett; Case Manager: Thomas
Albright; Counselor's: Davis and Gilmore; DTS'S: Mrs A. Grand
Jean and C. Woodwine; Correctional Officer: Foster; Mail
Room Workers; And John Does

5:04-0746

I. PREVIOUS LAWSUITS
A. Have you begun other lawsuits in state or Federal court with the same facts involved in this action or otherwise relating to your imprisonment?
___X___ Yes _____ NO

B. If your answer to "A" is "Yes" describe each lawsuit on another piece of paper giving the (same information)
1. Approximately date of filing lawsuit  6-25-03
2. Parties to previous lawsuit:
PLAINTIFF(S) Lieutenants: Ciancuisio; Desmond; Barry; Carrino; Moore; Orms; Counselor's: Cass; Ortiz; C.A. Matos; Physician Aide; Correctional Officers: Howard; Linder; Garcia; Weissmann; Accarding; Burgos; Mitchell; Cole; Revfine; Rayos; Hahn; Garfoulos; Noll; Demarco; Mail Room Workers and John Does
3. Court: (If federal, Name the District, If state, Name the Country: UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT THURGOOD MARSHALL U.S. COURTHOUSE 40 FOLEY SQUARE NEW YORK 10007
4. Docket Number  03-cv-4918 MAM
5. Name of Judge to whom case was assigned: CHIEF JUDGE MICHAEL B. MUKASEY
6. Disposition: (Was the case dismissed? Being Appealed? THE CASE WAS DISMISSED DUE TO SHREDDING OF THE COURT DOCUMENTS AND VIOLATING THE LEGAL MAIL PROCESS OPENING MY LEGAL MAIL NOT IN MY PRESENCE

II. PLACE OF PRESENT CONFINEMENT: FEDERAL CORRECTIONAL INSTITUTION BECKLEY, P.C. BOX 350 BEAVER W.V. 25813
A. Is there a prisoner grievance produced in this institution?
___X___ Yes _____ NO
B. Did you present the facts relating to this complaint in the state prisoner grievance procedure?
___X___ Yes _____ NO
C. If your answer to "B" above is "Yes"

Page One

1. What steps did you take? I spoke to the Region Director: Mrs. K.M. White, expressed my issues, was locked-up and place in "SPECIAL HOUSING," I have written "Numerous" grievances. my family has called the Region & com-plained, NAACP, have spoken to numerous officers of the institution, Lieutenants and the Captain, I have spoken to Asst Warden Russell, Captain Hutchinson, Assoc Warden Mrs. Engels, Case Manager Mrs. Barrett, the Warden T. Williamson who is no longer Warden here, I have spoken to the courts, written numerous lawfirms, written Honorable Charles B. Rangel, House of Representative, I was even threatened by other staff been duress to drop certain grievances against certain staffmembers, or I was told I would have a incident report written on me and placed by in SPECIAL HOUSING,

2. What was the results? Some of the grievances were shredded, by the CaseManager or Counselor, I was told I am fighting a losing battle, I better be careful and I starting off on the wrong foot, this is BECKLEY, I'm wasting my time.

D. If your answer to "6" above is "No" explain why not: _____

III. PARTIES TO THIS SUIT;
A. Name, Inmate Number and address of each PLAINTIFF: LONNIE C. THOMPSON JR., 44771-054 FEDERAL CORRECT-IONAL INSTITUTION BECKLEY P.O. BOX 350 BEAVER W.V. 25813.

B. Full Name of each DEFENDANT, his official position, his place of employment, and his full mailing address:

Defendant #1: Region Director; Mrs. K.M. White; Regional Counsel's office, Mid-Atlantic Regional Office, 10010 Junc-tion Dr. Suite 100-N Annapolis Junction MD 20701
Defendant #2: Warden: Mr. T. Williamson; Current address Unknown. Relocated.
Defendant #3: Asst Warden; Mr. Russell; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #4: Assoc Warden; Mrs. Sue Engels; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #5: Captain; Mr. W.F. Hutchinson; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #6: Health Service Admin; Mrs. Kirklund; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #7: Drug Abuse Program Coordinator; Mr. Michael B. Murry; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #8: Chaplain; Mr. Bill Lang; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #9: Chaplain; Mr. Bland; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #10: Unit Manager; Mrs. Barbra Barrett; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #11: Case Manager; Mr. Thomas Albright; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #12: Counselor; Mr. Davis; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #13: Counselor; Mr. Gilmore; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #14: DTS; Mrs. A. Grand Jean; Federal Correctional Institution Beckley P.O. Box Beaver W.V. 25813
Defendant #15: DTS; MR. E. Woodwine; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #16: Correctional Officer; Mr. Foster; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #17: Mailroom Workers; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813
Defendant #18: JOHN DOES; Federal Correctional Institution Beckley P.O. Box 350 Beaver W.V. 25813

IV. Statement of Claim; DELIBERATE INDIFFERENCE/MALPRACTICE, ABUSE OF AUTHORITY, CRUEL & UNUSUAL PUNISHMENT, MALICE, RELIGIOUS DISCRIMINATION, RETALIATORY ACTS, SABOTAGE & SHREDDING OF CIVIL FEDERAL COURT DOCUMENTS AND ADMIN GRIEVANCES, VIOLATION OF HUMAN, CIVIL & FEDERAL ASWELL AS CONSTITUTIONAL RIGHTS; MAIL FRAUD, OPENING OF LEGAL MAIL, AND TAMPERING WITH FEDERAL MAIL, FALSIFYING DOCUMENTS & INCIDENT REPORTS, VERBAL THREATS OF RETALIATION ETC.

I Relief: state briefly what you want the court to do for you. I would like the court to file Civil, Federal and Criminal charges against each defendant involved in these malicious acts of in justices, I would like to be compensated for dismissal of my civil case "03 CV 471 8 MBM" which was for 2.5 million due to shredding of my Second Amendment Complaint documents an additional 1.5 million for the atrocities commented against me by these Tyrants of Tyranny and the con spired acts of conpriousness, injustices, cruel and unusual punishment, the acts of retaliation by falsifying incident reports to have me deliberately expelled from a early release pro gram, which my release date is past over due June 8th 2004.

I would like immediate release and my early release restored "effectively " and "immed iate."

These defendants have deliberately and criminally conspired in risking my diagnosis of epilepic seizures by endangering my life, with the wrong medication deliberately, have abuse their authority by justifying and conspiring to cover-up criminal, civil and federal crimes, violating Correspondence with the courts and my privatiey to inform the courts concerning legal matters, my mother has undergone severe and numerous operations due to these atrocities, my children and wife have also suffered dramatically, I also have suffered severe emotional and py→ psychological aswell as mental anguish, these acts were acts of unprofessionalism and showed a lach of impartiality, dignity and respect on these defendants parts. P.S. Please print Pro Se Clerk's name on eve-envelope when responding or it will not be considered "LEGAL MAIL" next to clerk.

Signed this ___7-18th___ day of ___JULY___, ___2004___
                     Date                  Month           year

Mr. Lonnie C. Thompson
LONNIE C. THOMPSON JR. 14497-054
FEDERAL CORRECTIONAL INSTITUTION
BECKLEY P.O. BOX 350 BEAVER W.V.
25813

I declare (or certify, verify or state) under penalty for perjury that foregoing is true and correct

Executed On: _____

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 USC 4004)."

                                    C.S.W   7/18/2004

Case Manager

                                                    sign

PAGE THREE

Mr. Lonnie C. Thompson Jr. 44491-054                                      Date 6-22-04

Federal Correctional Institution Beckley

P.O. Box 350

Beaver  W.V. 25813

To whom it may concern, I am writing to your "Firm" concerning legal representation. I have a "Civil Lawsuit" that I have filed in the U.N.S.D.C. of N.Y., S.D.C. N.Y., which has been referred to the United States Court of Appeals for the Second Circuit 40 Foley Square New York, N.Y. 10007 due to circumstances beyond my control, sabotage and shredding of court documents by FCI Beckley which I will letter discuss in full detail in this documentation.

I filed this "Civil" case against "Metropolitan Correctional Center," in Manhattan N.Y., which was filed in the District Court of N.Y. Southern District for police brutality, cruel and unusual punishment, malice, malpractice, deliberate indifference, tampering with mail, shredding of legal documents, mail fraud, abuse of authority, retaliatory acts, violating Civil, Federal, Humane and Constitutional rights of my 8th Amendment etc.

I have been beaten severely on several occasions by Federal Correction Officers of Metropolitan Correctional Center, for exercising my Civil, Federal, Constitutional and Human Rights, for expressing these rights, I was handcuffed, stamped in my head, back, legs, arms, and hands, kicked/punch, on another occasion I was thrown down stairs, metal stairs for speaking these same rights, while being handcuffed, on another occasion, I had my head forced into a concrete wall and busted by a Federal officer for asking for a mattress to sleep on again I was handcuffed, causing no threat or danger to the officer. I have suffered broken bones in both of my hands, head injuries, deformities in the bones of my hand, I also wasn't allowed to shower for atleast 21 days, while other Federal prisoners were, because of me expressing my rights as a citizen of the United States, regardless of my criminal charges. This was in 2000 to 2001, I also suffer from epileptic seizures from 1998, which these officers jeopardize my health and life by the beatens I received, could have been very fatal due to my epilepsy. I have suffered several seizures while I was in custody of Metropolitan Correctional Institution, I never received medical treatment on some occasions, where I fell hit my head, and different other body parts and was left in the cell without receiving any medical help, and left to fend or attend to own enquiries + injuries on my own.

My mail would be kept for weeks at a time and held back, taken out of the original postmark envelop that it was sent in, put in another envelope, the senders name and address would be rewritten in another handwriting, no postmark date, so I could tell when or what date it was sent by the sender, the on way was when I called on the telephone, I have also verbally been sexually harassed by the Federal staff of MCC, told how I would be hog tied, fucked in my ass and be made to suck some of the officer's private parts, gangbanged and sodomized.

My "Commentare" which is a religious document, I would drop from 170lbs

and go down to 105lbs which was or could have been fatal to my epilepsy, I also suffered a injurie -

by inmates where I was hit by a 8' pipe, I went to a outside hospital, which the incident was

another fatality, which could have been crippling and life threatening, Lieutenant's and other physicians -

of the institution refused to take me to a outside facility, it was due to one of the physicians -

who stress the point that I did need outside medical attention because I suffer from seizures -

to see if there was any head trauma or damage to my brain, I suffered a broken nose and two -

black eyes and a swollen face,

When the incident took place the officer who was on duty was a latino officer, and the inmates -

who participate in the incident were also of latino decent, the officer watched while it went -

on, and waters waited over five minutes before pressing the emergency panic button, it took staff -

over four minutes to respond to the incident, when they are trained to respond 30 seconds -

to 60 seconds once that panic button is pressed. I have 105 day of good time deliberately and -

unjustly taken away from me, due to falsified incident reports by Federal correctional officer's -

of MCC, placed in "SPECIAL HOUSING" / Solitary Confine for weeks, months at a time unjustly and -

pending bedspace for filing administrative remedies for expressing my rights, I have over 24 defend -

ants along with JOHN DOES on my civil lawsuit, who has unconstitutional, unjustly, maliciously, com -

mitted these atrocities, shredding of documents to my attorney by RND staff members of MCC, my -

religious headwear / Yamulke deliberately thrown into the trash by the same officer who ran -

my head into a concrete wall for asking for a mattress to sleep on, my personal belongings pro -

perty given to the orderlies, inmates allowed to search and steal my property, when staff are -

the only authorized personal to search a inmates property and staff given my property to -

the inmates. I have affidavits, journal / logue book with dates, time, names and each incident,

I have copies of administrative remedies that I filed on each incident, names of witnesses

inmates and staff members who can collerabo colloberate my story, medical records, my attorney

documented in my trial minutes, even the Judge who sentenced me, have sent court orders mandat -

ing me to be relieved from SPECIAL HOUSING, and mandating that I receive proper medical care.

I have 6 to 8 yellow 15x9 folder's 3' to 4' thick with all type of documents' to prove every allega -

ation to bring these federal officer's and gov't employees to justice. My Civil case # is "03 CV 4718,"

have filed several motions requesting legal representation which I was denied by the courts, I rece -

ved a resent letter from the courts which stated as such; "Therefore I suggest that you can

. . . . . . . . . . States Attorney's Office for the Southern District of New York, to ascertain -

whether they wish to appear in this appeal. Also please remove Attorney General Spitzer from the doc-
ket sheet as counsel for the defendants appellees, this was a letter sent to me on April 26, 2004, sense
then I have sent several motions to the court, and case sightings of deliberate indifference, cruel & un-
usual punishment, malice, malpractice and etc, my mother Mrs. Pearline Brown Rogers at 223-22 164 Ave.
Queensvillage N.Y. 11429, Tel # 718-468-6163 contains all the documents, medical records, journal, logue book,
names of witnesses, dates, times of each incident, sis affidavits, even Internal Affair reports, names of dif-
ferent organizations she has called and reported to etc, which I found a way to sneak out the documents
from the prison, through a reliable resource, you can also contact my commonlaw wife, Mrs. Jacquline Thomas
at 103-17 Remington St Second fl Jam N.Y. 11435 tel # 718-725-1613 leave a message, or cell # 1-347-239-1995.

The second Civil Lawsuit I would like to file is against FCI Beckley, which I am currently incarcerated
at, sense coming to FCI Beckley. the civil case that I filed against Metropolitan Correctional Center was
deliberately sabotaged by the mailroom, court documents not being respected as "Legal mail," documents
concerning my civil case against MCC was maliciously and deliberately shredded, which called the dismiss-
al of the case, I had to file motions for "Extention of Time", and motions Requesting the courts to re-
open my civil case against MCC, that's why it was referred to the Appeals court, which I made
the courts aware of several times and the Pro se Clerk of the court. I have lost my early release date de-
to falsified incident reports by staff here at FCI Beckley, one for filing administrative remedies for dis-
crimination against Black Entertainment Television / BET, for ripping up my Bible and mistreatment of my re-
ligious materials by a white officer, shredding of administrative remedies by the Unit manager, filing med-
ical negligence, because I was given a synthetic medication documented in my medical files that the
medication would make me very sick, cause severe stomach pain, I was forced to take it, I was
told either I take this or receive nothing, my regular medication is Tegretol for my seizure, the med
documentation stated the Carbamazepine a synthetic medication I could not take. When I addressed
this with the Health Admin / Health Service Admin of this institution and filed in a admin remedy, I
was threatened to drop the grievance or I would receive a incident report and thrown into SPECIAL
HOUSING, when I asked was this documentation in my medical files stating that I couldn't take
the Carbamazepine I was told no, but I have a copy of the documentation, when I showed it
to the Health Serv Admin, I was then put on pill-line, given my Tegretol due to me calling my
mother telling her that I got very sick and almost past out, became very nauses, throwing up/vom-
itting, dizzy, off balance, disconbobulated, disconhobulated etc. I was called down to medical asked
to return my prescription of Tegretol and put on pill-line, when it is clearly stated that being
I have epilepic seizure, I am suppose to have my medication in my possession to self med

That I was misusing my medication, when I asked the Asst Warden How she just started very hostile - to get out her face or I would be placed in SPECIAL HOUSING, when the Region came I addressed - this issue to the Region Director, how my medical condition, health and life was being deliberately - jeopardized, she stated "what do I want her to do", and I was placed in special housing for add- ressing my health; by the Asst Warden, Warden and the Captain, but my blood level shows that I was - taking the medication properly and my blood level count was normal, I also contain those records

I was also written-up by the same officer who I filed on for ripping my Bible, religious materials, then for harassment, because my cell was shaken down three X daily only my cell, my mother called the Re- gion made numerous complaints, and called the Institution also making numerous complaints. The officer then came by my cell made a verbal threat stating Mr. Thompson you haven't seen nothings yet, when I asked was that a threat, my cell was opened by the officer, who got in my face, scream and - pointing his fingers, stating why am I interferring with his count, which he had already - finished, when I stated that, he said that's not what his incident report is going to state. I addressed the Captain showed him the incident, also numerous report from other inmates from - my unit came to him complain about the very same officer, and what he was doing to me, and - how he wrote a false incident report, which I have on my record, and received 6 month comm- issary restriction, the "captain" claim he was going to investigate, I even gave him the incident report, which now he claims he can't find.

I have filed Religious Discrimination charges against both Chaplain of this Institution, I am a Hebrew Yisraelite, which I have been over 15 years before coming to prison, it is about TEN of us - on this compound, I have help establish Yisraelite Communities all over the BOP and FCI's, I gave - the Chaplain a proposal, I filed out a MISC-100 to adhere to the request of the prison, I even - gave names of different institutions, Maximum Security Prisons, FCI and etc who acknowledge the faith, names of different Rabbi's of the institutions who can barrify, and Chaplains, I was still refused, made to send my religious headwear home used for Sabbath Prayer, I filed to Central Office in Washingt. I was told I should have received the final response, I never did, and I am and We The People - aren't still allowed to practice our first Amendment Rights and Fourteenth Amendments, which was stated on a grievance from Central Office dated June 03, 2004.

My beliefs have been violated by this institution and staff, when I went to address the issue w. The Assoc Warden I was just brushed off, I then went back to the Chaplain and told him - that I spoke to the Assoc Warden, I was then threatened, told by the Chaplain I better

Watch myself here at PLS Berkley, being threw the proms fast by saying over his head talking to the Assoc. Warden.

I was then written a incident report for informing the Pro Se Clerk of the court that I was missing document to my Second Amendment Complaint to my Civil case against mcc, and that the mailroom was opening my "Legal mail" not in my Presence, and that the Pro Se Clerk isn't a officer or considered a Officer of the court that's why my Legal mail was being opened. I was written a incident for lying to staff about a legal call, which the Case Manager was given a court paper, with the courts # on it, signed my motions and notarized the very motions which I was calling the courts to confirm they received, I was told that he's tired of me filing on his fellow staff member and I would receive a incident report. I gave the "Captain" again copies of Legal mail envelopes, and showed him documentation how his staff member abuse his authority by filing a falsified statement, I even showed how the courts sent a documentation proving that I did speak on my Civil case, the incident report stated I never mentioned anything on my Civil case, that I only called the courts to file on the Institution, the mailroom for opening my Legal mail, and he violated the policy by listening to my legal call, which is suppose to be confidential. I have did my time, now I have to do additional time for exercising my rights this is truely a great injustice to me, my family, wife and children.

This incident report got me expelled from the RDAP Program, a early release Drug Rehabilitation program mandated by the Judge, I was suppose to go home on June 8th 2004, now due to the injustices of Federal Employees of this gov't, I have to remain in prison until Jan or Feb. 2005, for addressing my "Rights", possibly losing my civil case due to shredding of documents.

My mother suffers from Hepatitis A,B,C, & D and heart trouble, she has been hospitalized and operated on due to the stress of all the conditions of my troubles while being confined, beat, molested, sick have I, I suffer from ulcers now, I'm on Ranitidine, my wife and children have suffered, this prison has all types of charges for racism, brutality, abuse, wrongful and cruel treatment, I also have documents, dates, times, admin grievance, leave book, names of witnesses, medical reports etc. I hope threw the Blessings of Yahweh that your Firm can find some compassion and help me bring these people to justice, to find peace of mind and closure for me and my family, I do have some legal knowledge but I am not formal or familiar with alot of legal terms and formalities of the court system, I hope In God I pray that your firm could be of some attendance

I accepted my punishment for breaking the law why shouldn't they. I was going to file a 28 1331 and 28 1336 Bivens Act

Sincerely Yours (cc)

artment of Justice                                    Central Office Administration

ureau of Prisons

se. ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach-
ist  be submitted with this appeal.

| Thompson Jr, Lonnie C. | 44771-054 | Pine A Upper | FCI Beckley |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

REASON FOR APPEAL. My complaint is concerning the UDC decision, which was a falsified statement by Case-
er Albright and there have been numerous acts of sabotage by other staff members' of this institution –
includes the following; Mail Fraud, Falsified Incident Reports, Retaliatory & Retalistion for filing grievances,
e of Authority, Medical malpractice / Deliberate Indifference, Religious Discrimination, Shredding of –
t Documents and Institution Grievances, Cruel and Unusual Punishment by locking me up in "Special –
sing" for addressing my health and medical conditions concerning my health care, Threats by staff
filing against other staff, Sabotaging my Early Release, forcing me to spend 8 extra months in prison &
spiring to have me expell from the RDAP Program. I have supplied your office aswell as the Region-
h all the proper documents to prove without a reason doubt that infact there were acts of sabotage-
the staff members here at this Institution of malicious, bias, racial, atrocities and compricious acts –
abusing of power and authority by there very staff member of FCI Beckley. I even discussed
is matter back in October of 2003 with Region Director Mrs. K.M. White how my medical condition –
s serious put a risk by Mrs. Kirkland and other medical staff, I was brushed off and locked up
                                        put in SPECIAL HOUSING for

| 7-07-04 | addressing my rights | Mr. Lonnie C. Thompson Jr. | (4 Copies Submitted) |
|---|---|---|---|
| DATE (CC) | | continuation sheet attached   SIGNATURE OF REQUESTER | |

**Part B—RESPONSE**

_____                                    _____
              DATE                                                               GENERAL COUNSEL.

                                                                    CASE NUMBER: _____
ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**                                                  CASE NUMBER: _____

Return to: _____   _____   _____   _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–231(13)
APRIL 1982

I received this remedy on Thursday 5-14-04 with no postal envelope or postmark envelope with date what so-ever, this is the first issue and complaint, secondly the documents mention on the BP 229 are missing, they were never returned with the grievances, which I will resubmit copies again, the continuation sheet was also missing of the BP 229 grievance, I will also submit affidavits from other inmates who can confirm the unjustly, retaliatory, criminal, collaberated acts by staff of the RDAP program, which have been addressed to Captain Hutchinson, along with other issues and nothing was done. I'm sending also a affidavit that I filed, medical document marked exhibit C, the continuation sheet of the BP 229 date 2-19-04, a BP 229 dated April 1st 2004, with continuation sheet notarized by Case manager mr. Lough and I'm send SDNY cm/ecf version 1-4-Docket Report from the U.S. District Court Southern District of New York (Foley Square) Civil Docket For Case # 1:03-cv-04718-MBM, which is the same number I had to give on the phone to Pro Se Clerk Mrs. Sschirliss on 2-05-04 the morning Mr. Albright falsified his incident report stating I never mentioned my civil case, this has 4 pages attached to it 30/60, closed. Appeal is the first page, second page is Docket Text, the last two pages are dates of Amended Complaint, Pro Se memorandum, Declaration, Notice of Appeal, IFP Revoked etc.

Due to my mail being tampered I had my civil case dismissed, my IFP revoked, which I didn't have to pay for now I have to pay $255, I was expunged from early release under 3621 e, I now have to remain incarcerated until Jan 17th 2005, when I was suppose to go home June 8th 2004, I also was locked in special Housing for addressing my medical issue in front of Region Director mrs. Kim white, and nothing was done, when I explain the serious of my epileptic seizures and medication. I was told by mrs. white, quote on quote, what do I want her to do about it, so she watch then lock me up for exercising my rights under 541.12 in the Inmate Handbook, which is under Rights and responsibilities, to be treated with impartiality and respect, also I have the right to address my medical issues and concerns, treated fairly under program services); I have to right to General medical Information, Health promotion and Disease Program, I have the right to be treated with respect, consideration and dignity, I have the right to be provided with information regarding my diagnosis, treatment and prognosis, I have the right to receive prescribed medications and treatment in a timely manner consistent with the recommendation of the prescribing health care provider, I have the right to file grievances under 1330.13d Administrative Remedy Program, I also have the rights under P.S.6000.05 Sept 15, 1996 Health Care Rights And Responsibilities, I have to right to address any concerns regarding my health care to any member of the institution staff, including your physician, the Health Service Administrator member of your unit team and the warden, while in the custody of the Federal Bureau of Prisons I have the right to receive health care in a manner that recognizes my basic human rights and I also accept the responsibility to request the basic rights of my health care providers. I also have for correspondence, my Legal mail to be respected under 5800.10 Special Mail 305. Refer to the correspondence Program statement for the offices which are not required to use the Special Mail Statement" On page 26 in Inmate information Handbook states all offices and parties that are respected under Legal mail, and the courts is one, this is the cause of my whole situation of being expunged for addressing my civil case, because I didn't receive all of my Legal document concerning my Second Amendment, this was a legal matter that I address and Mr. Albright violated the rules, policy and regulations under the standards of Employee Conduct 3420 in the Inmate Handbook concerning Legal correspondence.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LENNIE C. THOMPSON JR.

              Plaintiff

      - against -

LIEUTENANTS: CIANCISSCO, CARRINO, MOORE, DESMOND,
BARRY AND BRIGGS; CORRECTION OFFICERS: LINDER GAR-
DIMARCO, CIA, TULLY, WEISMANN, ACCORDINO, BURGOS, MITCHELL,
HOWARD, COLE, REYFINO, RAYOS, HAHN, GARPHALOUS NOEL; COUNSELORS:
MRS. GROSS, MS. ORTIZ, P.A. MATOS THE MAILROOM WORKERS

     Notice of Appeal
     In a Civil Case And
     Motion for Extension
     of Time

     03 CIV 4718 (MBM)
     Docket Number

1.     Notice is hereby given that _Mr. Lennie C. Thompson Jr._ hereby appeals

                                   (party)

to the United States Court of Appeals for the Second Circuit from the judgment entered in this action

on _January 15th 2003_ .   [Describe it] I sent to the Pro se Clerk of the court the 1983 Civil

       (date) papers concerning Assault, Deliberate Indifference To medical Needs, False Misbehavior-

reports; and other acts of injustice that were done to me while in the custody of the Bureau of Pri-

sons, but I was unfamiliar with the correct legal terms, I also sent out a motion of Coletion on 11-06-03

      and never received Any response from the Court

2.     In the event that this form was not received in the clerk's office within the required time

   _Mr. Lennie C. Thompson Jr._ respectfully requests the court to grant an extension of time
          (party)

in accordance with Federal Rules of Appellate Procedure 4 (a) (5).

    a.     In support of this request, _Mr. Lennie C. Thompson Jr._ states that this
                                  (party)

Court's judgment was received on _Dec 18th 2003_ and that this form was mailed to the court
                                (date)

on ___
    (date)

                                        _Mr. Lennie C. Thompson Jr._
                                        Signature

"Authorized By The Act Of July
27, 1955 To Administer Oaths
(18 USC 4004)."

Case Manager

                                      Federal Correctional Institution Beckley
                                      Address
                                        P.O. Box 350 Beaver W.V. 25813

Date: _1/15/04_

                                        (   ) N/A
                                        Telephone Number

**Note:** You may wish to use this form if you are mailing your notice of appeal and are not sure that
the Clerk of the District Court will **receive** it within the 30 days of the date on which the judgment
was entered (60 days if the United States or an officer or agency of the United States is a party).

Form 3-CA/SNY-8/87

Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Lonnie C. Thompson, Jr.,                                    —X
                                                             |
                                                             |        MOTION FOR EXTENSION OF TIME
            -V-                                              |        TO FILE A NOTICE OF APPEAL
                                                             |
Lieutenants: Ciancisco, Carrint, Moore, Desmond, Barry,      |
And Briggs, Correctional Officers: Howard, Linder, Garcia,   |        civ. 03 CIV 4718   (MGM)
Tully, Weismann, Acardino, Burgos, Mitchell, Cole, Rey-      |
fino, Bujos, Hahn, Garfarlous, Noel, Demarco, Counselors:    |
Mr. Cruz, Mr. Ortiz, Ms Mathis, The mailroom workers         —X

Pursuant to Fed. R. App. P. 4(a)(5), ___Mr. Lonnie C. Thompson Jr.___ respectfully

requests leave to file the within notice of appeal out of time. ___Mr. Lonnie C. Thompson Jr.___
                                                                              (party)

desires to appeal the judgment in this action entered on ___December 18th, 2003___ but failed to file a
                                                                       (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the
required number of days.] I never received any document, my legal mail is being opened without one being
present; I have filed grievances. I state that I could prove my case without a reasonable doubt concern-
ing each allegation which I have stated, but due to the corruption in the Metropolitan Correctional Center,
It would have been detrimental to keep such documents, which might have been shredded, misplaced or
thrown away by the officers deliberately. So I found a way to get the documents to my family, so
my family has that information, and I couldn't remember the exact dates, time, correct spelling if
all defendants involved and I didn't want to state anything incorrect which could have been damag-
ing or hurtful in my behalf of the case in general. ___Mr. Lonnie C. Thompson Jr.___
                                                                    (Signature)
So me and my family are still in the process of seeking
legal counsel, who can put all the information that my ___Federal Correctional Institution Beckley___
family has together correctly, and being I am not legally inclined with the     (Address)
terms of formalities of the court system, I didn't want ___P.O. Box 350  Beaver, W.V. 25813___
to hurt any chances I had concerning this matter.              (City, State and Zip Code)
But I sent out a motion of intention on 11-06-03 handwritten; I was never informed of the judgement (cc)
Date: ___1-15-04___                              ( ) ___N/A___
                                                      (Telephone Number)

<u>Note:</u> You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and
did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be
<u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment
was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2                                                    "Authorized By The Act Of July
                                                          27, 1955, To Administer Oaths
                                                          (18 USC 4004)."

                    United States District Court

APPEAL FORMS
Docket Support Unit                                       Case Manager

                                                          Revised:  March 4, 2003

Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

---------------------------------------------X
Lonnie C. Thompson, Jr., |
                                             |          **NOTICE OF APPEAL**
                                             |
          -V-                                |
Lieutenants: Ciancasco, Corcino, Moore, Desmond, Barry, |
And Briggs, Correctional Officers: Howard, Linder, Garcia, |
Tully, Weinmann, Accordine, Burges, Mitchell, Cote, Lafine, |          civ. 03 CIV 4718 (MBM)
Angos, Hahn, Ost Fearless, Niel, Demasco, Counselors: Mrs. |
Crosy, Mr. Orta, P.A. Matul, The Molicern Workers. X |

Notice is hereby given that ____ Mr. Lennie  C. Thompson  Jr. ____
                                              (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

I received a legal mail envelope with just the cover letter stating I had to file a second
Amendment complaint with no documents & that I had ___, to file it within 30 days from this date, 10-15-0
I failed to comply due to the fact, I and my family are in the process of seeking legal
counsel, I stated to the courts on numerous occasions, that I'm not in possession of the documents
to prove my case, but, my family is in possession of all the documentation needed to prove my case
without a reasonable doubt, and that I didn't want to state any information that may have been
misleading or incorrect, but I did send out a hand written extention of Time motion on 11-06-03
I don't understand which date the court is refering too, there are three Dec 15,2003, Dec 22,2003 and 12/29/03(ec)

entered in this action on the ____ 14th ____ day of ____ December ____ , ____ 2003 ____ .
                                  (day)                     (month)              (year)

"Authorized By The Act Of July                    Mr. Lonnie C. Thompson Jr.
27, 1955 To Administer Oaths                         (Signature)
(18 USC 4004)."
                                                  Federal Institution Beckley P.O. Box 350
Case Manager                                         (Address)

                                                  Beaver  W.V.  25813
                                                    (City, State and Zip Code)

Date: __1/15/04__                                 ( __ ) __ N/A __ - __
                                                    (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the
District Court within 30 days of the date on which the judgment was entered (60 days if the United States
or an officer or agency of the United States is a party).

FORM 1

**United States District Court**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————X

LONNIE C. THOMPSON, JR.,

             Plaintiff

**AFFIRMATION OF SERVICE**

-against-

LIEUTENANTS: CIANCIOSCO, CARRINO, MOORE, DESMOND, BARRY AND BRIGGS; CORRECTION OFFICERS: HOWARD, LINDER, GARCIA, TULLY, WEISMANN, ACC-GEDINO, BURGOS, MITCHELL, COLE, LEYFING, RAYOS, HAHN, GARFARLOUS, - NOEL, DEMARCO, COUNSELORS: MRS. GROSS, MR. ORTIZ, P.A. MATOS; THE MAIL ROOM WORKERS

<u>03</u>  Civ. <u>4718</u>  (MBM)

——————————————————————————X

I, <u>Mr. Lonnie C. Thompson Jr</u>, declare under penalty of perjury

that I have served a copy of the attached <u>To all parties of the court with compliance</u>

<u>to the courts order of documentation</u>

upon <u>The request of the court I am send 2x copies of Notice of Appeal and motion of Extension</u>
<u>of Time</u>

whose address is <u>United States District Court, Southern District of New York, U.S. court-</u>

<u>house - 500 Pearl Street New York, N.Y. 10007</u>

_____

_____

DATED: <u>1-15-04</u>, New York

_____, 2002

<u>Mr. Lonnie C. Thompson Jr.</u>
Signature

<u>Federal Correctional Institution</u>
Address

<u>Beckley P.O. Box 350 Beaver W.V. 25813</u>
City, State & Zip Code

"Authorized By The Act Of July
27, 1955 To Administer Oaths
(18 USC 4004)."

Case Manager

1/15/04

|  |  | remedies through the highest level for each claim he seeks to present. Plaintiff is hereby directed to file an amended complaint containing the above specified information.The amended complaint must be submitted to the Pro-Se Office within sixty day of the date of this Order, be captioned as an "AMENDED COMPLAINT" and bear the same docket numbers the Order. A copy of this order must be attached to the amended complaint. All further proceedings shall be stayed for sixt days or until plaintiff has complied with this order. If Plaintiff fails to comply, the complaint will be dismissed. Once the amended complaint is submitted, it will be reviewed for substantive sufficiency and then, if proper, the petition will be reassigned to a district judge in accordance with the procedures of the Clerk's Office I certify pursuant to 28 U.S.C. 1915(a)(3) that appeal from this order would not be taken in good faith. (Signed by Judge Michael B. Mukasey). (gf) (Entered: 07/02/2003) |
|---|---|---|
| 07/30/2003 | 4 | AMENDED COMPLAINT by Lonnie C. Thompson Jr.: amending [2-1] complaint. (ae) (Entered: 07/31/2003) |
| 08/21/2003 | 5 | PRO SE MEMORANDUM dated 8/21/03 re: CHANGE OF ADDRESS for Lonnie C. Thompson Jr. New Address: Federal Correctional Institute-Beckley, P.O. Box 350, Beaver, West Virginia 25813. (db) (Entered: 09/02/2003) |
| 10/02/2003 | 6 | DECLARATION by Lonnie C. Thompson Jr. in support of Mandatory Plaintiff's Motion for a Prohibitory Preliminary Injunction. (ae) (Entered: 10/02/2003) |
| 10/15/2003 | 7 | That plaintiff is hereby directed to file a second amended complaint containing the information detailed herein. Should plaintiff decide to file a second amended complaint, it must be submitted to this Court's Pro Se Office within thirty (30) days of the date of this order, be captioned as an "Second Amended Complaint", and bear the same docket number as this order. Plaintiff is advised that his second amended complaint will completely replace his amended complaint. In addition, plaintiff must attach a copy of this Order to his second amended complaint. No summons shall issue at this time and all further proceedings shall be stayed for thirty (30) days or until plaintiff has complied with this order. If plaintiff fails to comply with this order within the time allowed or show good cause why he cannot comply, the complaint will be dismissed. Once submitted, the second amended complaint shall be reviewed for compliance with this order for substantive sufficiency and then, if proper the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. ( signed by Chief Judge Michael B. Mukasey ). (tp) (Entered: 10/20/2003) |
| 12/18/2003 | ❸ 8 | JUDGMENT in favor of defendants against plaintiff. (Signed by Judge Michael B. Mukasey on 12/18/03) copies mailed by clerk's office.(jf, ) |

*[handwritten at top: the proie clerk on so or so so confirm the ... these notarized and ... date by Walt Albright 1/15/04 this is the date the court received them]*

| | | |
|---|---|---|
| | | (Entered: 12/29/2003) |
| 01/26/2004<br><br>*[handwritten: This is the notice of appeal papers I addressed with the]* | ● 9 | NOTICE OF APPEAL from [8] Judgment. Document filed by Lonnie C. Thompson Jr.. Copies of Notice of Appeal mailed to Attorney(s) of Record: U.S. Attorneys Office. (dt,.) (Entered: 02/17/2004) |
| 02/17/2004 | ● | I.F.P. REVOKED 12/29/03. $255.00 APPEAL FILING FEE DUE. Document filed by Lonnie C. Thompson Jr.. (dt, ) (Entered: 02/17/2004) |
| 02/17/2004 | ● | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [9] Notice of Appeal. (dt, ) (Entered: 02/17/2004) |
| 02/17/2004 | ● | Transmission of Notice of Appeal to the District Judge re: [9] Notice of Appeal. (dt, ) (Entered: 02/17/2004) |
| 02/19/2004 | ● 10 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for [9] Notice of Appeal filed by Lonnie C. Thompson 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (dt, ) (Entered: 02/19/2004) |
| 02/19/2004 | ● | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for [9] Notice of Appeal filed by Lonnie C. Thompson were transmitted to the U.S. Court of Appeals. (dt, ) (Entered: 02/19/2004) |
| 03/13/2004 | ● | USCA Case Number 04-0966-pr from the U.S.C.A> 2nd Cir. assigned to [9] Notice of Appeal filed by Lonnie C. Thompson. (dt, ) (Entered: 03/13/2004) |

Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

----------------------------------------X

Lonnie C. Thompson, Jr.,

-V-

Lieutenants: Craincisko, Carrino, Moore, Desmand, Barry, and Drugss, Correctional Officers: Howard, Linder, Garcety, Tully, Weismann, Accerdino, burges, mitchell, Cole, Hey-fine, Reyes, Hahn, Garfarlows, Noel, Damarco, Counselors Mrs. Cross, Mr. Sikta, Sisanders, The mailroom workers, ----X

**MOTION FOR EXTENSION OF TIME
TO FILE A NOTICE OF APPEAL**

civ. 03CIV4917   (MBM)

Pursuant to Fed. R. App. P. 4(a)(5),  __Mr. Lonnie C. Thompson Jr.__  respectfully
(party)

requests leave to file the within notice of appeal out of time. __Mr. Lonnie C. Thompson Jr.__
(party)

desires to appeal the judgment in this action entered on __December 18th 2003__ but failed to file a
(day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.] I never received any document, my legal mail is being opened without me being present, I have filed grievances. I state that I could prove my case without a reasonable doubt concern-ing such allegation which I have stated, but due the corruption in the metropolitan Correctional Center. It would have been detrimental to keep such documents, which might have been shredded, misplaced or thrown away by the officers deliberately. So I found a way to get the documents to my family; so the affadavits, witnesses, grievances, issue book and other information I once possessed, I no longer have. my family has that information, and I couldn't remember the exact dates, time, correct spelling of all defendants involved and I didn't want to state anything incorrect which could have been damag-ing or hurtful in my behalf of the case in general. __Mr. Lonnie C. Thompson Jr.__
(Signature)

So me and my family are still in the process of seeking
legal counsel, who can put all the information that my  __Federal Correctional Institution Beckley__
(Address)
family has together correctly, and being I am not really familiar with the
terms or formalities of the court system, I didn't want __P.O. Box 350   Beaver W.V. 25813__
(City, State and Zip Code)
to hurt any chances I had concerning this matter.
But I sent out a motion of extention on 11-06-03 handwritten; I was never informed of the judgement (c.c.)

Date: __1-15-04__     (    )  __N/A__
(Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2

**United States District Court**

Authorized By The Act Of July 27, 1955, To Administer Oaths (18 USC 4004)."

Case Manager     1/15/0

APPEAL FORMS
Docket Support Unit

Revised:  March 4, 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
LONNIE C. THOMPSON, JR.,       :
              Plaintiff        :
                               :            Motion for an Extension
                               :              of Time to File a
        -against-              :             Notice of Appeal
                               :             In a Civil Case
LIEUTENANTS: CIANCIUSO, CARRINO, MOORE, DESMOND, BARY -   :
AND BRIGGS; CORRECTION OFFICERS: HOWARD, LINDER, GARCIA,  :
TULLY, WEISMANN, ACCORDINO, BURGOS, MITCHELL, COLE, REY-  :
FINO, RAYOS, HAHN, GARFARLOUS, NOEL, DEMARCO; COUNSEL-    :            03 CIV. 4718 (MBM)
ORS: MRS. GROSS, MR. ORTIZ, P.A. MATOS; THE MAILROOM WOR- :            Docket Number
KERS                           :
———————————————————————X


Pursuant to Federal Rules of Appellate Procedure 4 (a) (5), __Mr. Lonnie C. Thompson Jr.__
                                                                      (party)

respectfully requests leave to file the within notice of appeal out of time. __Mr. Lonnie C. Thompson Jr.__
                                                                                    (par

_____ desires to appeal the judgment in this action entered on __Dec 18th, 2003__,
                                                                                  (date)

but failed to file a notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.] The reason why I didn't send the second Amendment complaint was due to the fact that I never received the documents. I submitted a motion of extention on 11-06-03, there are numerous acts of violation of the legal mail process here at Beckley which I felt was deliberately done. the allegations which I stated . . . all the documents, affidavits, witnesses, logue book and grievances weren't in my possession, that my mother had all the documents and that I couldn't remember the exact dates of each incident, or the correct spelling of some

of the defendants involved and I didn't want to perjur myself or state something wrong that could damage my case.   Signature __Mr. Lonnie C. Thompson Jr.__
So I sent out a Extention of Time motion on 11-06-03 to   __Federal Correctional Institution Beckley__
ask the court to grant me that time, so my family could    Address
seek a legal counsel who could put all the information toget-   __P.O. Box 350 Beaver W.V. 25813__
her correctly and that I was unfamiliar with alot of the legal
terms and procedures"     was uneducated in this or sufficated   Telephone Number
Date: __1-15-04__                                          ( __ ) __N/A__
                 terms and knowledge of law, I have yet received any response concerning
                 the motion of extention sent out on 11-06-03 (cc)


**Note:** You may file this form, together with Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be **received** in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 USC 4004)."

Form 2-CA/SNY-8/87

Case Manager _____
                                    1/15/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————————X

LONNIE C. THOMPSON, JR.,  :

Plaintiff  :

:

- against -  :

LIEUTENANTS: CIANCISSCO, CARRINO, MOORE, DESMOND, BARRY  :
AND BRIGGS; CORRECTION OFFICERS: HOWARD, LINDER, GARCIA,  :
TULLY, WEISMANN, ACCORDINO, BURGOS. MITCHELL, COLE, REXFINO,  :
RAYOS, HAHN, GARPARLOUS, NOEL, DEMARCO; COUNSELORS: MRS. GROSS,  :
MR. ORTIZ, P.A. MATOS; THE MAILROOM WORKERS  :

——————————————————————————————X

**Notice of Appeal
In a Civil Case**

03 CIV 4718 (MBM)

Docket Number

Notice is hereby given that  Mr. Lonnie C. Thompson Jr.
(party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

[Describe it] I feel that a great injustice was done, I am also sending another letter of documentation along with these court documents, it was a deliberate act of sabotage, I am in process of trying

obtain professional legal representation and who would be able to address the courts in a more professional manner, which wouldn't be detrimental or damaging to my case, which is a very serious and high profile case considering the officers involved are employees of the bureau of Prisons (CO)
entered in this action on the  18th  day of  December , 2003

"Authorized By The Act Of July
27, 1955 To Administer Oaths
(18 USC 4004),"

Case Manager

Mr. Lonnie C. Thompson Jr.
Signature
Federal Correctional Institution Beckley
Address
P.O. Box 350 Beaver W.V. 25813

( ) N/A -
Telephone Number

Date:  1-15-04

**Note:** You may use this form to take an appeal provided that it is **received** by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Form  1-CA/SNY-8/87

**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

-----------------------------------------X

Lonnie C. Thompson, Sr.,

         -V-

Lieutenants: Francesco, Certino, Moore, Desmond, Barry and
Briggs; Correctional Officers: Howard, Linder, Garcia, Tully,
Weismann, Accardino, Burges, mitchell, Cole, Reyfina, Reyes,
Hahn, Gartarlous, Noel, Demarco; Counselors: Mrs. Gross, –
Mr. Ortiz; P.A. Matos; The Mailroom Workers.

-----------------------------------------X

**NOTICE OF APPEAL**
**AND**
**MOTION FOR EXTENSION OF TIME**

civ. 03 4715     (mbm)

1.     Notice is hereby given that ___Mr. Lonnie C. Thompson Jr.___ hereby appeals to
                                              (party)

the United States Court of Appeals for the Second Circuit from the judgment entered on _Dec 18th 2003_.
                    [Give a description of the judgment] There was not judgement entered

by the United States Court of Appeals as of yet, concerning the Motion For Extention
of Time; I sent out a Motion of Extention but I never received a response from the court –
which I sent out on 11-06-03. (cc)

2.     In the event that this form was not received in the Clerk's office within the required time

      ___Mr. Lonnie C. Thompson Jr.___ respectfully requests the court to grant an extension of time in
               (party)
accordance with Fed. R. App. P. 4(a)(5).

      a.     In support of this request, ___Mr. Lonnie C. Thompson Jr.___ states that
                                              (party)

this Court's judgment was received on _18th day of December 2003_ and that this form was mailed to the
                                      (date)

court on _____ .
              (date)

                                _Mr. Lonnie C. Thompson Jr._
                                         (Signature)

           "Authorized By The Act Of July
           27, 1955 To Administer Oaths
           (18 USC 4004)"
                                 _Federal Correctional Institution Beckley_
                                               (Address)

      Case Manager _____
                                   _P.O. Box 350 Beaver W.V. 25813_
                                      (City, State and Zip Code)

Date: _1/15/04_                (    ) ___-_____
                                            (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the
District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if
the United States or an officer or agency of the United States is a party).

FORM 3

**United States District Court**
**Southern District of New York**

APPEAL FORMS

Docket Support Unit                                               Revised: March 4, 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

LONNIE C. THOMPSON, JR.,

        Plaintiff

      -against-

LIEUTENANTS: CIANCISSCO, CARRING, MOORE, DESMOND, BARRY AND BRIGGS; CORRECTION OFFICERS: HOWARD, LINDER, GARCIA, TULLY, WEISMANN, ACC-ORDING, BURGOS, MITCHELL, COLE, REYFINO, RAYOS, HAHN, GARFARLOUS, NOEL, DEMARCO; COUNSELORS: MRS. GROSS, MR. ORTIZ, P.A. MATOS; THE MAILROOM WORKERS

————————————————————————X

## AFFIRMATION OF SERVICE

03 Civ. 4718 (MBM)

I, Mr. Lonnie C. Thompson Jr _____ , declare under penalty of perjury

that I have served a copy of the attached To all parties of the court with compliance

to the courts order of documentation _____

upon The request of the court I am send 2x copies of Notice of Appeal and action of Extention of Time

whose address is United States District Court, Southern District of New York, U.S. court-house - 500 Pearl Street New York, N.Y. 10007 _____

DATED: 1-15-04 , New York

_____ , 2002

Mr. Lonnie C. Thompson Jr.
Signature

Federal Correctional Institution
Address

Beckley P.O. Box 350 Beaver W.V. 25813
City, State & Zip Code

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 USC 4004)."

Case Manager

1/15/04